USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

-against-

SOLOMON ALUKO,

                    Defendant.
------------------------------------------------------------- X

15-CR-537 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS Mr. Aluko is scheduled to appear at a status conference on January 7, 2020, regarding his request for post-conviction relief pursuant to *United States v. Davis*, 139 S. Ct. 2319 (2019), Dkt. 1429;

WHEREAS Mr. Aluko is currently represented by Mr. James Branden, who has requested that he be relieved because Mr. Aluko reportedly expressed a desire to be appointed new counsel, Dkt. 1428; and

WHEREAS Mr. Branden's motion to be relieved remains pending before the Court;

IT IS HEREBY ORDERED that Mr. Richard Signorelli, who is the CJA attorney on duty on the date of this Order and a member of the CJA habeas panel, may be appointed to assist Mr. Aluko in the event that Mr. Branden is relieved at the status conference on January 7, 2020. Mr. Signorelli is respectfully directed to attend the status conference currently scheduled for **2:00 P.M. on January 7, 2020**.

**SO ORDERED.**

**Date: December 18, 2019**
**New York, New York**

                                         **VALERIE CAPRONI**
                                         **United States District Judge**