U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2020

June 22, 2020

**BY ECF AND EMAIL**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States* v. *Joseph Jeffries*, 15 Cr. 537 (VEC)
      *United States* v. *Solomon Aluko*, 15 Cr. 537 (VEC)
      *United States* v. *Brian Maynor*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

As the Court is aware, after the original convictions by way of guilty pleas and sentences of defendants Joseph Jeffries, Solomon Aluko and Brian Maynor were invalidated by the Supreme Court's recent decision in *United States* v. *Davis*, 2019 WL 2570623 (U.S. Jun. 24, 2019), each of them entered into a new plea agreement with the Government and pleaded guilty to a new superseding criminal information in this case and was resentenced. It has come to the Government's attention that the Government erroneously assigned the same case number (that is, S27 15 Cr. 537) to Jeffries's superseding information, Aluko's superseding information and Maynor's superseding information, and that as a result, the Court's Criminal Clerk's Office has been unable to docket and file the Court's judgements reflecting their new convictions and sentences. The Government respectfully apologizes for this error and the inconvenience that it has caused, and to correct it, the Government respectfully requests that the Jeffries information and judgment retain the number S27 15 Cr. 537, that the Aluko information and judgment be retroactively renumbered S32 15 Cr. 537, and that the Maynor information and judgment be retroactively renumbered S35 15 Cr. 537.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

Application GRANTED.

SO ORDERED.        Date: 06/23/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

By:   /s/_____
Samson Enzer
Gina Castellano
Andrew C. Adams
Assistant United States Attorneys
(212) 637-2342 / -2224 / -2340

Cc:   All counsel of record (via ECF)